UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN SWEETS and TTT INVESTMENTS, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE CO.,<br><br>    Defendant. | 4:24-cv-04095-CBK<br><br>**NOTICE OF DISMISSAL** |

COME NOW the Plaintiffs, by and through their attorneys of record, and pursuant to FRCP 41(a)(1)(A)(i), voluntarily dismiss the *Complaint and Demand for Trial by Jury* previously filed in this matter with prejudice. No answer has been filed by the Defendant. Therefore, the above-captioned matter may be dismissed with prejudice and with no costs to be taxed to any party.

Dated this 10th day of September, 2024.

    **JOHNSON, JANKLOW & ABDALLAH, L.L.P.**

    BY  */s/   Steven M. Johnson*
    Steven M. Johnson (steve@janklowabdallah.com)
    Erin Schoenbeck Byre (erin@janklowabdallah.com)
    101 South Main Avenue, Suite 100
    Sioux Falls, SD 57104
    (605) 338-4304

    *Attorneys for the Plaintiffs*